1  BARRY J. PORTMAN
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant ZIMMERMAN

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,           )
                                       )   No. CR 07-0129 JCS
12                  Plaintiff,         )
                                       )   STIPULATION AND [PROPOSED]
13         v.                          )   ORDER CONTINUING SENTENCING
                                       )   HEARING
14 HERBERT J. ZIMMERMAN,               )
                                       )
                    Defendant.         )
15                                     )

         Sentencing in the above-captioned matter for Defendant Herbert J. Zimmerman, who is out of custody, is currently set for August 7, 2007, at 10:30 a.m. However, it turns out that undersigned counsel will have to be out of town that day. As a result, the parties, with the concurrence of Probation Officer Connie Cook, request and stipulate that the sentencing hearing be continued one week to August 14, 2007, at 10:30 a.m.

IT IS SO STIPULATED.

                                        SCOTT SCHOOLS
                                        United States Attorney

DATED: July 13, 2007                    _____/s/_____
                                        DEREK OWENS
                                        Assistant United States Attorney


DATED: July 13, 2007                    _____/s/_____
                                        DANIEL P. BLANK
                                        Assistant Federal Public Defender
                                        Attorney for Hebert J. Zimmerman

IT IS SO ORDERED.

DATED:   July 23, 2007
                                        _____
                                        JOS
                                        United States          Judge

                                        [Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]

STIP. & PROP. ORDER CONTINUING SENTENCING